PENNSYLVANIA FIRE INS. CO. v. TEXAS & P. RY. CO. (Circuit Court of Appeals, Fifth Circuit. May 16, 1910.) No. 1,958. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. John F. Tobin, for plaintiff in error. Chas. E. Fenner, W. B. Spencer, and Chas. Payne Fenner, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The limitation in the printed part of the policy, restricting the time within which suit is to be brought on the policy, does not control, because the rider makes the policy one for indemnity. On the merits the case was correctly ruled in the Circuit Court, and it is affirmed.

---

QUEEN INS. CO. OF AMERICA v. LEGGETT et al. (Circuit Court of Appeals, Fifth Circuit. March 22, 1910.) No. 1,913. Appeal from the Circuit Court of the United States for the Southern District of Mississippi. A. A. Armistead, for appellant. W. E. Baskin and Stone Deavours, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. In the opinion of a majority of the judges, this case was correctly ruled in the Circuit Court (see Scruggs & Echols v. American Central Insurance Company [No. 1,906 of the docket of this court, recently decided] 176 Fed. 224), and the decree appealed from is affirmed.

---

RISLEY et al. v. CITY OF UTICA et al. (Circuit Court of Appeals, Second Circuit. March 21, 1910.) No. 256. Appeal from the Circuit Court of the United States for the Northern District of New York. See, also, 173 Fed. 502. Thomas S. Jones and W. H. Corbin, for appellants. John D. Kernan, Edwin H. Risley, and Henry M. Love, for appellees. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. The order appealed from merely preserves the status until final hearing, and it was stated on argument that proofs were being taken and the case would soon be ready for submission. In view of the fact that the appeal is from an order granting a temporary stay and that the Circuit Court entered an order, upon the consent of all parties in interest, that the money in controversy in the hands of the treasurer of the city of Utica be held by him until the further order of the Circuit Court, it seems best to grant the motion to dismiss the appeal; but such dismissal is not to be taken as indicating any further expression of opinion on the questions which have been argued here. Appeal dismissed.

---

In re SCHMIDT. (Circuit Court of Appeals, Second Circuit. March 7, 1910. On Petition for Rehearing, March 12, 1910.) No. 290. Appeal from the District Court of the United States for the Southern District of New York. On motion to dismiss for want of jurisdiction. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Motion to dismiss appeal denied. Hewit v. Berlin Machine Works, 194, U. S. 296, 24 Sup. Ct. 690, 48 L. Ed. 986

On Petition for Rehearing.

Whether the case be held to come under Hewit v. Berlin Machine Works, 194 U. S. 296. 24 Sup. Ct. 690, 48 L. Ed. 986, or Coder v. Arts, 213 U. S. 223, 29 Sup. Ct. 436, 53 L. Ed. 772, the proper method of review is by appeal. Petition for reargument of motion to dismiss appeal is denied.